JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GERALD RATULOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GERALD RATULOWSKI, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:12-CR-417 GEB <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> DATE:  April 26, 2013 <br> TIME:  9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell |

   It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant GERALD RATULOWSKI by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for March 22, 2013 be continued to April 26, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 26, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 18, 2013          Respectfully submitted,

                               JOSEPH SCHLESINGER
                               Acting Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               GERALD RATULOWSKI

DATED: March 18, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               KYLE REARDON
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

1  The Court orders that the time from the date of the parties
2 stipulation, up to and including April 26, 2013, shall be excluded from
3 computation of time within which the trial of this case must be
4 commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare).
6 It is further ordered that the March 22, 2013 status conference shall
7 be continued until April 26, 2013, at 9:00 a.m.

Dated:  March 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge