JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GERALD RATULOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-417 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) | |
| | ) | |
| GERALD RATULOWSKI, | ) | |
| | ) | DATE:  June 20, 2013 |
| Defendant. | ) | TIME:  9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant GERALD RATULOWSKI by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for April 26, 2013 be continued to June 20, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

1  The parties stipulate that the Court should find the ends of justice
2  served by the granting of such continuance outweigh the interests of
3  the public and the defendants in a speedy trial.
4   Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for June 20, 2013,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to
7  prepare] (Local Code T4).

8  DATED: April 22, 2013                  Respectfully submitted,

9                                          JOSEPH SCHLESINGER
                                           Acting Federal Defender
10
                                           /s/ Benjamin Galloway
11                                         BENJAMIN GALLOWAY
                                           Assistant Federal Defender
12                                         Attorney for Defendant
                                           GERALD RATULOWSKI
13

14 DATED: April 22, 2013                   BENJAMIN B. WAGNER
                                           United States Attorney
15
                                           /s/ Benjamin Galloway for
16                                         KYLE REARDON
                                           Assistant U.S. Attorney
17                                         Attorney for Plaintiff

18

19                              **O R D E R**

20   The Court, having received, read, and considered the stipulation of
21 the parties, and good cause appearing therefrom, adopts the stipulation
22 of the parties in its entirety as its order. The Court specifically
23 finds that the failure to grant a continuance in this case would deny
24 counsel reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  The Court finds that the
26 ends of justice to be served by granting the requested continuance
27 outweigh the best interests of the public and defendant in a speedy
28 trial.

1    The Court orders that the time from the date of the parties
2 stipulation, up to and including June 20, 2013, shall be excluded from
3 computation of time within which the trial of this case must be
4 commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
5 § 3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare).
6 It is further ordered that the April 26, 2013 status conference shall
7 be continued until June 20, 2013, at 9:30 a.m.

DATED:   April 23, 2013

Troy L. Nunley
United States District Judge