1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   GERALD RATULOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-417 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| GERALD RATULOWSKI | ) ) | DATE: November 7, 2013<br>TIME: 9:30 a.m. |
| Defendant. | ) ) ) | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant GERALD RATULOWSKI by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for October 3, 2013 be continued to November 7, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

1       Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 7, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 30, 2013       Respectfully submitted,

      HEATHER E. WILLIAMS
      Federal Defender

      */s/ Benjamin Galloway*
      BENJAMIN GALLOWAY
      Assistant Federal Defender
      Attorney for Defendant
      GERALD RATULOWSKI

DATED: September 30, 2013       BENJAMIN B. WAGNER
      United States Attorney

      */s/ Kyle Reardon*
      KYLE REARDON
      Assistant U.S. Attorney
      Attorney for Plaintiff

## **O R D E R**

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

      The Court orders that the time from the date of the parties stipulation, up to and including November 7, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the October 3, 2013 status conference shall be continued until November 7, 2013, at 9:30 a.m.

Dated: October 1, 2013

      Troy L. Nunley
      United States District Judge