HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
GERALD RATULOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:12-CR-417 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| GERALD RATULOWSKI | DATE: December 19, 2013 |
| | TIME: 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant GERALD RATULOWSKI by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for November 7, 2013 be continued to December 19, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 19, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 4, 2013              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Benjamin Galloway*
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     GERALD RATULOWSKI

DATED: November 4, 2013              BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Kyle Reardon*
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 19, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the November 7, 2013 status conference shall be continued until December 19, 2013, at 9:30 a.m.

Dated: November 4, 2013

_____
Troy L. Nunley
United States District Judge