```
ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>GERALD RATULOWSKI,<br><br>               Defendant. | CASE NO. 2:12-CR-00417-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: November 6, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Gerald Ratulowski, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 6, 2025.

2. By this stipulation, the defendant now moves to continue the admit/deny hearing until December 11, 2025, at 9:30 a.m.

3. Defense counsel is currently in trial on another matter and requires additional time to prepare for and attend the admit/deny hearing and to discuss the matter with her client.

/ / /

/ / /

/ / /

/ / /

4. Neither the assigned probation officer nor the attorney for the government oppose the requested continuance.

IT IS SO STIPULATED.

Dated: October 30, 2025                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ SHEA J. KENNY
                                           SHEA J. KENNY
                                           Assistant United States Attorney

Dated: October 30, 2025                    /s/ SHELBY ALBERTS
                                           SHELBY ALBERTS
                                           Counsel for Defendant
                                           GERALD RATULOWSKI

## ORDER

IT IS SO FOUND AND ORDERED this 30th day of October, 2025.

Troy L. Nunley
Chief United States District Judge

STIPULATION RE CONTINUANCE OF ADMIT/DENY HEARING                    2