**LAW OFFICES OF SHELBY NICOLE ALBERTS**
Shelby Nicole Alberts, SBN 283064
901 H Street, Ste. 612
Sacramento, CA 95814
Telephone: 916-941-5610
shelbyalbertslaw@gmail.com

Attorneys for Defendant
**GERALD RATULOWSKI**

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMGERALDA, | CASE NO.  2:12-CR-00417-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISPOSITION HEARING |
| v. | DATE: January 22, 2026 |
| GERALD RATULOWSKI, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

### STIPULATION

Defendant, Gerald Ratulowski, by and through his counsel of record, and plaintiff, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a Dispositional hearing on January 22, 2026. Since receiving the Dispositional Memorandum, Defense Counsel has not had a sufficient opportunity to meet with her client due to his housing. As such, the Defense has not had sufficient time to timely file a Dispositional Memorandum on behalf of Mr. Ratulowski. Given the issues in the current case, Defense Counsel needs additional time to file a Dispositional Memorandum in order to effectively represent her client. The United States does not object to this requested continuance.

2.      By this stipulation, the parties now move to continue the Dispositional hearing until February 5, 2026, 2026 at 9:30 a.m.

3.      The parties understand that this date is available to the Court for a Dispositional Hearing.

STIPULATION REGARDING CONTINUING
DISPOSITIONAL HEARING

1

4.      It is therefore requested that the Dispositional Hearing date, currently scheduled for January 22, 2026, be continued to February 5, 2026, at 9:30 a.m. before this Court.

IT IS SO STIPULATED.

Dated:  January 20, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ SHEA KENNY

                                            SHEA KENNY
                                            Assistant United States Attorney


Dated:  January 20, 2026                    /s/ SHELBY NICOLE ALBERTS
                                            SHELBY NICOLE ALBERTS
                                            Counsel for Defendant
                                            Gerald Ratulowski


**ORDER**

IT IS SO FOUND AND ORDERED this 21st day of January, 2026.


                                            Troy L. Nunley
                                            Chief United States District Judge


STIPULATION REGARDING CONTINUING
DISPOSITIONAL HEARING

2